UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Nancy L. Lafferty-Wellott    )
                                      )
                                      )    Chapter 13
                                      )    Case No.  12-44285-H.JB
                                      )
         Debtor.                      )
                                      )
_____ )

## MODIFICATION OF PLAN PRIOR TO CONFIRMATION

The debtor hereby modifies the Chapter 13 plan previously filed in this case as follows:

_____   Unsecured dividend changed from _____ % to _____ %.

___X___  Plan payments are changed from __$212.00__ to __$235.00__ each __Month__.

_____   The term of the plan is reduced to _____ months.

_____   The treatment of claims shall be changed as follows:

OneWest Bank, FSB shall be paid its Secured arrearage in the amount of $11,910.29 per its claim filed 01/18/2013.

MA Department of Revenue shall be paid its priority claim in the amount of $765.24 per its claim filed 04/09/2013.

Notice to creditors and a hearing on this modification are not required as the modification does not adversely affect the rights of unsecured creditors and the holder(s) of any claim affected by this modification have consented to the modification.

DATED: __7/12/13__                    _____
                                      ATTORNEY FOR DEBTOR(S),

_____        _____
DEBTOR                                ATTORNEY FOR CHAPTER 13 TRUSTEE

_____        _____
DEBTOR                                ATTORNEY FOR CREDITOR